IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mr. SHAWN GILBERT | ) | |
| | ) | |
| Plaintiff, | ) | No. 00C 5581 |
| | ) | JUDGE COAR |
| vs | ) | |
| | ) | |
| UNIVERSITY OF CHICAGO, | ) | MAGISTRATE JUDGE BOBRICK |
| Lieutenant JAMES CURTIS individually | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

## JURY TRIAL DEMANDED

The Plaintiff SHAWN GILBERT, by and through his ATTORNEYS HARRIS, MITCHELL & DINIZULU, LLC, for his complaint states as follows:

## NATURE OF THE CASE JURISDICTION

1. This is a civil action under 42 U.S.C. Section 1981 and 42 U.S.C. Section 1983 of the 14th Amendment of the United States Constitution and 28 U.S.C. Sections 1343, charging the Defendant with denial of equal protection of the law, deprivation of liberty and property interests and discrimination against Plaintiff in terms and conditions of employment based on race.

2. Plaintiff seeks to be changed to a different shift and compensatory damages for lost wages, including lost overtime and differential pay, lost career opportunities and such other affirmative relief as necessary to compensate the Plaintiff for the discriminatory actions of the defendant, which deprived

Plaintiff of his right to equal terms and conditions of employment and to a neutral work environment free of race discrimination and deprived the plaintiff of liberty and property without due process of the law.

3. Jurisdiction is conferred on the Court by 42 U.S.C. Section 1981 and 42 U.S.C. Section 19831, 28 U.S.C. 1343 and the 14th Amendment of the United States Constitution. Pendent jurisdiction is based upon the Illinois Human Rights Act for discrimination based on race discrimination entitling Plaintiff to monetary damages including punitive damages for intentional discrimination.

## PARTIES

4. Plaintiff, SHAWN GILBERT, is a uniformed member of the University of Chicago Police Department, serving in the rank of Police Officer.

5. Plaintiff, SHAWN GILBERT, is an African American man who resides in the County of Cook, State of Illinois.

6. Defendant, UNIVERSITY OF CHICAGO is a private entity located in Cook County, State of Illinois.

7. Defendant, JAMES CURTIS, is the Lieutenant of the University of Chicago Police department and is sued individually and in his capacity as Lieutenant of the University of Chicago Police Department.

8. MR. GILBERT has complied with all the administrative prerequisites by filing a timely Charge of Discrimination based on race with the EEOC. A copy of the charge is attached hereto. See Exhibit "A"

9. On or about June 16, 2000, PLAINTIFF, MR. GILBERT received his Notice of Right to Sue from EEOC. See Exhibit "B"

10. This lawsuit arises out of the defendants' repeated acts of discrimination against the plaintiff based on race.

## COMMON ALLEGATIONS

11. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-10 of this complaint.

12. Plaintiff has been employed with the University of Chicago Police Department Since February 8, 1999

13. On or about November 16, 1999, plaintiff was subjected to different terms and conditions of employment than his white colleagues because of his race.

14. As a result of the Defendant's discriminatory treatment on or about November 16, 1999, the plaintiff was unfairly disciplined and suspended without pay.

15. A shift change is usually granted to requesting officers based on seniority.

16. The Plaintiff requested a shift change.

17. Officers with less seniority than the Plaintiff were granted shift changes.

18. Plaintiff requested a meeting with Associate Director to complain about race discrimination.

19. Defendant Curtis called Plaintiff a "boy" and told the plaintiff "You can't do nothing about it." ("it" was Defendant Curtis' overt discrimination against the Plaintiff).

20. Defendant Curtis verbally reprimanded the Plaintiff for wearing a "bike jacket."

21. During that same period the Plaintiff's white colleagues wore similar "bike jackets" and were not verbally reprimanded.

22. Plaintiff was terminated for not having a notebook at roll call.

23. Plaintiff's white colleague did not have a notebook and disciplinary action was not taken against the Plaintiff's white colleague.

24. Plaintiff's termination was later reduced to a nine-day suspension.

## CLAIMS FOR RELIEF

25. By reason of the aforesaid discriminatory conduct and the invidious practices and policies of discrimination, Defendants have denied Plaintiff his right to a neutral work environment, and has denied Plaintiff equal terms and conditions of employment, all in violation of 42 U.S.C. Section 1981 and 42 U.S.C. Section 19831, 28 U.S.C. 1343 and the 14th Amendment of the United States Constitution.

26. By reason of the aforesaid discriminatory conduct and the invidious practices and policies of discrimination, Defendants has violated the plaintiff's rights under the Illinois Human Rights Act.

27. By these violations of law, Defendants have caused Plaintiff job-related damages for lost wages and lost career opportunities.

28. By these violations of law, Defendant has damaged the plaintiff's good name and professional reputation and has caused the Plaintiff mental anguish.

Case: 1:00-cv-05581 Document #: 1 Filed: 09/11/00 Page 5 of 10 PageID #:5

## PRAYER FOR RELIEF

29. WHEREFORE, Plaintiff respectfully prays that this Court:

   A. Declare and adjudge the conduct of the Defendants to be violative of the Plaintiff's right to a neutral work environment and to constitute discrimination under 42 U.S.C. Section 1981 and 42 U.S.C. Section 19831, 28 U.S.C. 1343 and the 14th Amendment of the United States Constitution and the Illinois Human rights Act;

   B. Declare and adjudge the Defendants' conduct deny to Plaintiff equal protection of the law;

   C. Declare and adjudge the Defendants' conduct to violate Plaintiff's liberty and property rights protected by the 14th Amendment;

   D. Award Plaintiff compensatory damages;

   E. Award the plaintiff monetary damages under the Illinois Human rights Act for mental anguish caused by the defendant;

   F. Change Plaintiff to a different shift;

   G. Award Plaintiff reasonable costs and attorney's fees;

   H. Grant such other and further relief as may be proper.

ATTORNEYS FOR PLAINTIFF

Dated September 11, 2000

HARRIS, MITCHELL & DINIZULU, LLC

By _____
Stephen S. Mitchell
Attorney for the Plaintiff

Harris, Mitchell & Dinizulu, LLC
Attorneys At Law
1753 E. 71st Street
Chicago, IL 60649
(773) 684-2800

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 210A02822 |

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Shawn Gilbert | (773) 324-8086 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 959 East 62nd, Chicago, IL 60637 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| University Of Chicago | Cat D (501 +) | (773) 702-8181 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 5855 Ellis, Chicago, IL 60637 | | 031 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 11/16/1999   LATEST 04/21/2000
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I was hired by Respondent as a Police Officer on February 6, 1999. I have been subjected to different terms and conditions of my employment because of my race, in that I have been unfairly disciplined and suspended without pay on November 16, 1999. Respondent refuses to grant a change of shifts despite my senority.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT A

RECEIVED EEOC
APR 2 1 2000
CHICAGO DISTRICT OFFICE

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

Date 21 APR 2000   Charging Party (Signature) Shawn Gilbert

EEOC FORM 5 (Rev. 06/99)

FILE COPY

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: CERTIFIED MAIL NO.: Z-346-545-021 C/P

Shawn Gilbert
959 East 62nd Street
Chicago, Illinois 60637

From:
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661-2511

[ ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A02822 | Mr. Scott Sommers, Enforcement Supervisor | (312) 886-9117 |

*(See the additional information attached to this form.)*

**YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:**

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ x ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

[ x ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

6/13/00

On behalf of the Commission

John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge
cc: Respondent(s)   University of Chicago

EXHIBIT B

EEOC Form 161 (Test 5/95)

JS 44
(Rev. 12/96)

*Cat 2*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DOCKETED SEP 1 2 2000**

**00C 5581**

**JUDGE COAR**

**MAGISTRATE JUDGE BOBRICK**

### I. (a) PLAINTIFFS
GILBERT, SHAWN

### DEFENDANTS
UNIVERSITY OF CHICAGO
Lieutenant James Curtis, individually

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
HARRIS, MITCHELL & DINIZULU, LLC
1735 E. 71st STREET
CHICAGO, IL 60649
(773) 684-2800

**ATTORNEYS (IF KNOWN)**
UNIVERSITY OF CHICAGO
OFFICE OF LEGAL COUNSEL
ARTHUR SUSSMAN
5801 S. Ellis Ave. Rm 503 Chicago, IL 60637

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, as amended

### VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

### VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 9-11-00

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

SHAWN GILBERT

v.

UNIVERSITY OF CHICAGO
LIEUTENANT JAMES CURTIS, INDIVIDUALLY

Case Number: **00C 5581**

JUDGE COAR

MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PLAINTIFF, SHAWN GILBERT

DOCKETED
SEP 12 2000

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: STEPHEN S. MITCHELL | NAME: JESSE V. HARRIS |
| FIRM: HARRIS, MITCHELL & DINIZULU, LLC | FIRM: HARRIS, MITCHELL & DINIZULU, LLC |
| STREET ADDRESS: 1735 E. 71st STREET | STREET ADDRESS: 1735 E. 71st STREET |
| CITY/STATE/ZIP: CHICAGO, IL 60649 | CITY/STATE/ZIP: CHICAGO, IL 60649 |
| TELEPHONE NUMBER: (773) 684-2800 | TELEPHONE NUMBER: (773) 684-2800 |
| IDENTIFICATION NUMBER: 6271346 | IDENTIFICATION NUMBER: 6257082 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☒ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: YAO O. DINIZULU | NAME: |
| FIRM: HARRIS, MITCHELL & DINIZULU, LLC | FIRM: |
| STREET ADDRESS: 1735 E. 71st STREET | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, IL 60649 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (773) 684-2800 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6242794 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☒ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |